1

2

3

4               **UNITED STATES DISTRICT COURT**

5                    **DISTRICT OF NEVADA**

6

7   BRETT J. BALL,

8          Plaintiff,                          Case No. 2:11-CV-00533-KJD-CWH

9   v.                                         **ORDER**

10  WELLS FARGO & COMPANY, *et al*.,

11         Defendants.

12

13         On October 19, 2011 the Court issued an Order (#25) granting motions to dismiss the

14  Defendants.  The Court ordered that "Plaintiff may file an amended complaint that complies in every

15  respect with the Federal Rules of Civil Procedure by November 2, 2011.  Failure to do so will result

16  in dismissal of the action without further leave to amend." (#25 at 7.)  Plaintiff has not filed an

17  amended complaint.

18         Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

19         DATED this 9th day of November 2011.

20

21

22                                             _____

23                                             Kent J. Dawson
                                               United States District Judge

24

25

26