# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRETT J. BALL,

    Plaintiff,

v.

WELLS FARGO & COMPANY, *et al*.,

    Defendants.

Case No. 2:11-CV-00533-KJD-CWH

**ORDER**

    On October 19, 2011 the Court issued an Order (#25) granting motions to dismiss the Defendants. The Court ordered that "Plaintiff may file an amended complaint that complies in every respect with the Federal Rules of Civil Procedure by November 2, 2011. Failure to do so will result in dismissal of the action without further leave to amend." (#25 at 7.) Plaintiff has not filed an amended complaint.

    Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

    DATED this 9th day of November 2011.

Kent J. Dawson
United States District Judge